CHARLES ALBRECHT, RESPONDENT, v. THE PENNSYL-VANIA RAILROAD COMPANY, APPELLANT.

Submitted April 28, 1914—Decided November 19, 1914.

On appeal from the Hudson Circuit Court.

For the appellant, *Vredenburgh, Wall & Carey.*

For the respondent, *Queen & Stout.*

PER CURIAM.

The questions presented by this appeal are largely the same as those considered and determined by us in the case of Spada *v.* Pennsylvania Railroad Company, decided at the present term. For the reasons set out in the opinion promulgated in that case the judgment under review will be reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, GARRI-SON, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BO-GERT, VREDENBURGH, HEPPENHEIMER, JJ.   11.